**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-7852**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DAVID ANTHONY CAIN,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert J. Staker, Senior District Judge.  (CR-93-95, CA-95-1154-3)

———————

Submitted:  January 13, 1998          Decided:  February 4, 1998

———————

Before HALL, NIEMEYER, and HAMILTON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

David Anthony Cain, Appellant Pro Se.  Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997)). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Cain, Nos. CR-93-95; CA-95-1154-3 (S.D.W. Va. Aug. 1 & Nov. 20, 1996). See Lindh v. Murphy, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). Appellant's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2